UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FANN CONTRACTING, INC., ) | | |
| ) | Case No.: 2:19-cv-00716-GMN | |
| Appellant, ) | | |
| vs. ) | **ORDER** | |
| ) | | |
| GARMAN TURNER GORDON LLP., ) | Appeal from the United States Bankruptcy | |
| ) | Court for the District of Nevada | |
| Appellee. ) | | |
| ) | Bk No.: 15-14145-BTB | |

On July 27, 2020, the Court entered its Memorandum & Opinion, (ECF No. 42), affirming the April 15, 2019 Order of the United States Bankruptcy Court for the District of Nevada. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court is instructed to enter judgment in accordance with the Court's Memorandum & Opinion, (ECF No. 42).

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward a copy of the Court's Memorandum & Opinion, (ECF No. 42), to the United States Bankruptcy Court for the District of Nevada.

**DATED** this  28  day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court